MCCORRISTON MILLER MUKAI MACKINNON LLP

CLIFFORD J. MILLER       #1406-0
JOHN Y. YAMANO          #3888-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Telephone: (808) 529-7300
Facsimile No.: (808) 524-8293
E-mail: yamano@m4law.com

Attorneys for Defendant
OHANA SANCTUARY, LLC

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>METROPOLITAN MORTGAGE & SECURITIES CO., INC.,<br><br>                Debtor. | Case No. 04-00757-PCW11<br>(Chapter 11)<br><br>**WITHDRAWAL OF PROOF OF CLAIM FILED BY OHANA SANCTUARY, LLC**<br><br>**[CLAIM NO. 8811]** |

WITHDRAWAL OF PROOF OF CLAIM
FILED BY OHANA SANCTUARY, LLC

    Ohana Sanctuary, LLC, by and through its counsel

McCorriston Miller Mukai MacKinnon LLP, hereby withdraws its

224130.1

Proof of Claim No. 8811 filed herein on June 14, 2004, in an unspecified and unliquidated amount.

DATED: Honolulu, Hawai'i, March 16, 2010.

/s/John Y. Yamano
CLIFFORD J. MILLER
JOHN Y. YAMANO

Attorneys for Defendant
OHANA SANCTUARY, LLC

224130.1